In the Matter of ROSE HAMEL, Respondent, v. BENJAMIN ALTMAN, as Commissioner of the Department of Rent and Housing Maintenance of the City of New York, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern and Macken, JJ.; Nunez, J., dissents and votes to affirm on the opinion at Special Term.